KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General
State Bar No. 226729
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-1380
 Fax: (415) 703-5843
 E-mail: Marisa.Kirschenbauer@doj.ca.gov
*Attorneys for R. Swift, T. Puget, C. Ducart, R. Tupy,
D. Barneburg, A. Murphy and N. Bramucci*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONNIE PHILLIPS,<br><br>  Plaintiff,<br><br>v.<br><br>BRAMUCCI, et al.,<br><br>  Defendants. | C 15-01533 EJD (PR)<br><br>STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT A. BARNEBURG AND ADDITION OF DEFENDANT D. BARNEBURG AS A PARTY TO THIS LAWSUIT<br><br>Judge: Honorable Edward J. Davila<br><br>Action Filed: April 3, 2015 |

On July 29, 2015, Plaintiff Donnie Phillips served Defendant Barneburg, without reference to a first name or initial. The California Department of Corrections and Rehabilitation (CDCR) therefore accepted service on behalf of A. Barneburg. On October 13, 2015, defense counsel spoke with A. Barneburg concerning this action, and A. Barneburg informed counsel that the proper defendant in this case should be D. Barneburg, who was also employed by CDCR as a Correctional Lieutenant at the relevant time and place at issue in this lawsuit. CDCR was also able to confirm this information with D. Barneburg.

On October 27, 2015, Plaintiff Phillips and counsel for Defendants R. Swift, T. Puget, C. Ducart, R. Tupy, D. Barneburg, A. Murphy and N. Bramucci discussed and resolved this matter.

1

Accordingly, in the interests of judicial economy and to conserve the parties' and the Court's resources, the parties stipulate as follows:

1. Defendants accept Phillips's original service of his summons and complaint on behalf of Defendant D. Barneburg.

2. Defendants' Answer, filed on September 21, 2015, is effective as to Defendant D. Barneburg.

3. The parties having resolved this case in its entirety regarding Defendant A. Barneburg, stipulate to a dismissal of this action as to A. Barneburg with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated: 10-27-2015

Donnie Phillips
Plaintiff in *pro per*

Dated: 10-27-2015

/s/ *Marisa Y. Kirschenbauer*
Marisa Y. Kirschenbauer
Supervising Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants R. Swift, T. Puget, C. Ducart, R. Tupy, D. Barneburg, A. Murphy and N. Bramucci*

///
///
///

## [PROPOSED] ORDER

In accordance with the parties' stipulation, Plaintiff Phillips's action against Defendant A. Barneburg is dismissed with prejudice. Further, Defendant D. Barneburg is considered to have been properly served, and Defendants' Answer shall apply on his behalf.

**IT IS SO ORDERED.**

Dated: 11/3/15

HON. EDWARD J. DAVILA
United States District Judge

SF2015200479
41405686.doc